```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         4:07CR3171
                               )
       v.                      )
                               )
DARCI WISNER,                  )            ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

Defendant's motion, filing 14, is granted and the pretrial services officer shall investigate the defendant's proposal for release conditions and make a report to the court and counsel as soon as practicable.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge