```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )         4:07CR3171
      v.                       )
                               )
DARCI WISNER,                  )
                               )       MEMORANDUM AND ORDER
            Defendant.         )
                               )
```

A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 27. The defendant was present with counsel, and was advised of her rights. The defendant denied the allegations of the petition. Hearing was held and evidence adduced. I find from the evidence that the allegations are true.

IT THEREFORE HEREBY IS ORDERED,

The previous order of release, filing 22, as modified by the order modifying conditions, filing 25, is revoked, and the defendant shall be detained in the custody of the United States Marshal until further order.

DATED April 29, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge