IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:07CR3171 |
| v. | ) | |
| DARCI WISNER, | ) | ORDER RESCHEDULING SENTENCING HEARING |
| Defendant. | ) | |

IT IS ORDERED that:

1. the sentencing hearing for the defendant is rescheduled and shall commence on August 25, 2008, at 1:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

2. the defendant shall be present for the hearing.

Dated August 18, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge